```
                    FILED
                  AUG 2 8 2008
              CLERK, U.S. DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2892-H |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony) |
| EMILIO MORALES-BARAJAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about August 3, 2008, within the Southern District of California, defendant EMILIO MORALES-BARAJAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 8/28/08

KAREN P. HEWITT
United States Attorney

*for* CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
8/18/08